IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804 ALL CASES<br><br>1:07 MD1804-TWT |

ORDER

This is an MDL proceeding in which multiple personal injury actions are consolidated for pretrial proceedings. It is before the Court on the following motions filed by the Defendant Innovative Chemical Technologies, Inc.: Request for Oral Hearing on Defendant's Motion for Summary Judgment [Doc. 720], Motion for Summary Judgment Under Wyoming Products Liability Law [Doc. 1451], Motion for Summary Judgment Under Nevada Products Liability Law [Doc. 1530], Motion for Summary Judgment Under Georgia Law [Doc. 1540], Motion for Summary Judgment Under North Carolina Law [Doc. 1583], Motion for Summary Judgment Under Arkansas Law [Doc. 1587], Motion for Summary Judgment Under New Jersey Law [Doc. 1588], Motion for Summary Judgment Under Kentucky Law [Doc. 1589], Motion for Summary Judgment Under Texas Law [Doc. 1590], Motion for Summary Judgment Under Michigan Law [Doc. 1663], Motion for Summary Judgment Under

New York Law [Doc. 1676], Motion for Summary Judgment Under Mississippi Law [Doc. 1688], Motion for Summary Judgment Under Oregon Law [Doc. 1689], Motion for Summary Judgment Under New Mexico Law [Doc. 1690], Motion for Summary Judgment Under Florida Law [Doc. 1706], Motion for Summary Judgment Under Utah Law [Doc. 1707], Motion for Summary Judgment Under Wisconsin Law [Doc. 1708], Motion for Summary Judgment Under District of Columbia Law [Doc. 1722], Motion for Summary Judgment Under Pennsylvania Law [Doc. 1723], Motion for Summary Judgment Under Minnesota Law [Doc. 1724], Motion for Summary Judgment Under New Hampshire Law [Doc. 1725], Motion for Summary Judgment under Missouri Law [Doc. 1726], Motion for Summary Judgment Under Indiana Law [Doc. 1730], Motion for Summary Judgment Under Virginia Law [Doc. 1733], Motion for Summary Judgment Under Ohio Law [Doc. 1749], Motion for Summary Judgment Under California Law [Doc. 1775], Motion for Summary Judgment Under Washington Law [Doc. 1776], Motion for Summary Judgment Under South Carolina Law [Doc. 1777], Motion for Summary Judgment Under Maryland Law [Doc. 1858], Motion for Summary Judgment Under Louisiana Law [Doc. 1862], Request for Oral Argument [Doc. 1992], Adoption by Reference and Joinder, and Motion for Summary Judgment as to the Claims of Deborah Davenport [Doc. 2338], Adoption by Reference and Joinder, and Motion for Summary Judgment as to the Claims of James Dieringer

[Doc. 2339], Adoption by Reference and Joinder, and Motion for Summary Judgment as to the Claims of Shaun Hart [Doc. 2340], Adoption by Reference and Joinder, and Motion for Summary Judgment as to the Claims of Paul Mathis [Doc. 2341], and Adoption by Reference and Joinder, and Motion for Summary Judgment as to the Claims of Rebecca Smith [Doc. 2342].  The Court has been advised that all Plaintiffs have settled their claims against the Defendant Innovative Chemical Technologies, Inc.  Therefore, the Defendant's Motions are DENIED WITHOUT PREJUDICE.

SO ORDERED, this 14 day of September, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge