IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804 ALL CASES<br><br>1:07 MD1804-TWT |

ORDER

    This is an MDL proceeding in which about 200 personal injury actions are consolidated for pretrial proceedings. It is before the Court on the Defendant Ortec, Inc.'s Motion for Summary Judgment on All Plaintiffs' Claims Against Ortec, Inc. [Doc. 1814]. Ortec requests summary judgment in the five cases that were originally filed in (or removed to) the United States District Court for the Northern District of Georgia: <u>Flynn v. Roanoke Companies Group, Inc.</u>, No. 1:06-CV-1809, <u>Adams v. Roanoke Companies Group, Inc.</u>, No. 1:07-CV-0686, <u>Bell v. Roanoke Companies Group, Inc.</u>, No. 1:07-CV-0687, <u>Dzebic v. Roanoke Companies Group, Inc.</u>, No. 1:08-CV-0553, and <u>Osmanik v. Roanoke Companies Group, Inc.</u>, No. 1:08-CV-0554. In a previous order, the Court, applying Georgia law, granted Ortec's Motion as to <u>Flynn</u> and <u>Adams</u>. [Doc. 2303]. At the time, the Court had not decided whether Georgia law also applied to the Plaintiffs' claims in <u>Bell</u>, <u>Dzebic</u>, and <u>Osmanik</u>, and so the

Court left Ortec's Motion undecided as to those cases. The Court has now decided that Georgia law applies [Doc. 2434], and, therefore, Ortec's Motion is also GRANTED as to <u>Bell</u>, <u>Dzebic</u>, and <u>Osmanik</u>.

    SO ORDERED, this 18 day of September, 2009.


                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge