IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804 ALL CASES <br><br> 1:07 MD1804-TWT |

### ORDER

This is an MDL proceeding in which about 200 personal injury actions are consolidated for pretrial proceedings. It is before the Court on the Motions of Aerofil Technology, Inc., for Summary Judgment [MDL Docs. 1442, 1443]. The Court has already ruled on identical motions from Aerofil in a previous order. [MDL Doc. 2459]. The Court granted summary judgment to Aerofil on the Plaintiffs' claims for strict products liability, negligent recall, violations of the Consumer Product Safety, and breach of warranty, but denied summary judgment to Aerofil on the Plaintiffs' claims for negligent design and punitive damages. Therefore, Aerofil's Motions are GRANTED IN PART and DENIED IN PART.

SO ORDERED, this 23 day of October, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge