# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:07-md-01804-TWT**
**IN RE Stand 'N Seal, Products Liability Litigation**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Chambers on 01/05/2010.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:50 P.M.
TIME IN COURT: 0:50

COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT:     William Maiberger, Mikal Watts, Kevin Dean, Richard Gavend, William Lamping representing plaintiffs
Albert Parnell representing Innovative Chemical Technologies, Inc.
William Sanders  representing SLR
Edward Ruff & Michael Turiello  representing Roanoke
John MacNaughton & Seslee Mattson  representing Home Depot
Thomas Terry representing Aerofil
Albert Parnell representing ICT

PROCEEDING CATEGORY:     Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT:     The Court followed the joint proposed agenda presented by counsel. The Court granted the joint request to move the next two trial dates. The February 1, 2010 trial of Osmanik 08cv564, Dzebic 08cv553 and 5 plaintiffs from Bell 07cv687 to February 16, 2010. The Court will allow 20 hours collectively for the plaintiffs and the same for the defendants collectively. The Court approved the proposed pre-trial deadlines. The Proposed Pretrial Order is now due 1/22/10 and the Pretrial conference for this group of cases will be 2/2/10 at 2:00 p.m. lead counsel to appear in person. Anyone wishing to monitor the conference by telephone may do so and the Watts firm to make call arrangements. Counsel updated the Court on settlement discussions and mediations. The Court advised counsel that he will look at the pending dispositive motions affecting the February trial cases and get out an order as soon as possible.Counsel provided status of the completion of discovery for trial cases. Counsel advised the court that the parties had resolved the motions that were scheduled for hearing January 6 and formal withdrawals would be filed. The motions hearing was cancelled, the motions will be terminated upon filing of the withdrawals. The next group of Bell plaintiffs set for trial on April 5 has been moved to April 12, 2010,counsel to attempt an agreement on pre-trial deadlines and submit to the Court, including the specific plaintiffs that will be going to trial. The Court conferred with counsel and all were in agreement as to the "Adams" case, 1:07cv686, that all the pending motions should be terminated in light of the settlement announcement.The Court agreed to hear from Mr. Parnell and Mr. Maiberger at 2:00 p.m. January 6, 2010 by telephone on a brief matter.

HEARING STATUS:     Hearing Concluded