IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804<br>1:07-md-1804-TWT |
| HILMIJA DZEBIC,<br>   Plaintiff,<br>      v.<br>ROANOKE COMPANIES GROUP, INC. Individually and as Successor in Interest to Roanoke Companies Group, Inc. now known as BRTT, Inc., et al.,<br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:08-CV-553-TWT |

ORDER

This is a personal injury action. It is before the Court on various motions. The Defendant Aerofil Technology, Inc.'s Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. 75] for lack of personal jurisdiction is DENIED. The Defendant waived its objection to lack of personal jurisdiction by failing to assert its dispositive motion by the deadline for filing such motions of December 15, 2008. The Defendant Aerofil Technology, Inc. timely filed numerous dispositive motions by this deadline including a Motion to Apply Georgia Law to the Plaintiff's Claim and

Motion for Summary Judgment on various liability issues in these actions. This is not a case specific motion. The Defendant Aerofil Technology, Inc. also waived its defense of lack of personal jurisdiction by substantially participating in this litigation without filing a timely Motion to Dismiss. The Defendant's Motion for Leave to File Supplemental Pleading [Doc. 82] is GRANTED. The Defendant Home Depot U.S.A., Inc.'s Motion for Summary Judgment on Plaintiffs' Claims for Gross Negligence and Punitive Damages [Doc. 89] is GRANTED for the reasons set forth in the Court's Order in the Adams and Flynn cases. The Defendant Home Depot U.S.A., Inc.'s Motion for Summary Judgment on Negligence Claims [Doc. 90] is DENIED. The Defendant Home Depot U.S.A., Inc.'s Motion for Summary Judgment on Plaintiffs' Claims for Breach of Implied Warranty of Fitness for a Particular Purpose [Doc. 91] is GRANTED on the grounds that the Plaintiff has presented no evidence of use of the product for any purpose other than use as a grout sealer. The Defendants' Joint Motion to Exclude Testimony [Doc. 108] has been withdrawn and is DENIED.

    SO ORDERED, this 26 day of January, 2010.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge