# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:07-md-01804-TWT**
**IN RE Stand 'N Seal, Products Liability Litigation**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 02/02/2010.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 2:55 P.M.
TIME IN COURT: 0:45

COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT:
William Maiberger for Bell plaintiffs
Kevin Dean for Owsmanik and Dzebic Plaintiffs
Edward Ruff and Michael Turiello for Roanoke
Thomas Terry and Denise Dickerson for Aerofill
John MacNaughton and Seslee Mattson for Home Depot

PROCEEDING CATEGORY: Pretrial Conference;

MINUTE TEXT: Prior to beginning the pre-trial conference, the court heard from counsel on plaintiffs' Dzebic and Osmanik's Emergency Motion to continue the trial. The Court granted the motion (not filed in 07md1804 only in 08cv553 & 554)and the trial for these two cases continued until further order. The Court reviewed with counsel the jury selection process. There will be 12 jurors selected. Each side will have an equal number of strikes depending on how many jurors are remaining at the end of voir dire and challenges for cause. Counsel have until Friday (2/5) to file objections to the other side's voir dire and trial exhibits; until 2/8 to respond to motions in limine and until 2/10 for filing objections to deposition designations. The Court will not impose a deadline for stipulations of fact. PTO signed. The Court then responded to questions and concerns about trial procedures from counsel.

HEARING STATUS: Hearing Concluded