# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:07-md-01804-TWT**
**IN RE Stand 'N Seal, Products Liability Litigation**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Chambers on 02/18/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 2:05 P.M. | COURT REPORTER: Susan Baker |
| TIME COURT CONCLUDED: 2:23 A.M. | DEPUTY CLERK: Sheila Sewell |
| TIME IN COURT: 0:18 | |

ATTORNEY(S) PRESENT:   Mikal Watts, William Maiberger for plaintiffs, Megan Carter for Osmanik & Dzebie plaintiffs
Edward Ruff & Michael Turiello for Roanoke defendants
Thomas Terry & Denise Dickerson for Aerofil defendant
John MacNaughton & Seslee Mattson for Home Depot defendants

PROCEEDING CATEGORY:   Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT:   Conference at the Court's request in anticipation of next trial. The Court was advised that counsel had reached an understanding as to the next "Bell" plaintiffs that will be going to trial on April 12, 2010. Counsel are to submit the schedule to the Court in the form of a consent order for approval by end of the week. The Dzebic and Osmanik cases will be scheduled for trial after April, probably in June.

HEARING STATUS:   Hearing Concluded